

Shachar Hadar, Esq.
450 Seventh Ave, Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. shadar@hasbanilight.com

Admitted to Practice in NY

December 27, 2024

**VIA CM/ECF**

The Honorable Magistrate Judge Joseph A. Marutollo
United States District Court, Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, New York 11201

      RE:   Green Mountain Holdings (Cayman) LTD v. LV 35 Avenue Corp. et al
             Case No.: 1:22-cv-01395-OEM-SJB

Dear Judge Marutollo:

      We represent the Plaintiff, Green Mountain Holdings (Cayman) LTD ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's Order dated December 21, 2024, the parties jointly file the subject letter.

      The parties are pleased to notify the Court that a settlement has been reached based upon the terms of the mediator's proposal and agreed that a consent to judgment shall be entered against the full payoff amount.

      The parties are in the process of finalizing and executing a settlement agreement and will submit to the Court a proposed consent to judgment once the settlement agreement is fully executed.

      The parties greatly appreciate the Court's efforts and assistance in this matter. Should the Court have any questions, please feel free to contact me.

                                              Respectfully,

                                              Very truly yours,

                                              */s/ Shachar Hadar*
                                              Shachar Hadar, Esq.

Jointly Submitted:

\_\_\_\_\_-s-_____            12-27-24
Jonathan L. Scher, Esq.          Date